UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| E. MICHELLE DELBRUEGGE, )<br>)<br>Plaintiff(s), )<br>)<br>vs. )<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of Social Security, )<br>)<br>Defendant(s). ) | Case No. 4:10CV730 JCH<br>(DDN) |

**ORDER**

This matter arises on the Report and Recommendation of United States Magistrate Judge David D. Noce, filed April 25, 2011. See 28 U.S.C. §636. In his report, Magistrate Judge Noce recommends that the Court affirm the decision of the Commissioner of Social Security under Sentence 4 of 42 U.S.C. § 405(g), and dismiss Plaintiff's Complaint with prejudice. Plaintiff filed objections to the Report and Recommendation on May 9, 2011. (Doc. No. 28).

Upon careful consideration of the Report and Recommendation and the record in this case,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge (Doc. No. 27) is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

**IT IS FURTHER ORDERED** that the decision of the Commissioner is **AFFIRMED**, and Plaintiff's Complaint is **DISMISSED** with prejudice. A separate Judgment will accompany this Order.


Dated this 11th day of May, 2011.


/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE